# EXHIBIT A

NY- 146318_12

# Released Units

Commercial Unit*
Unit 10A
Unit 11A
Unit 16A
Unit 18A
Unit 18B
Unit 20A
Unit 20B
Unit 32B
Unit 33A
Unit 33B
Unit 35A
Unit 42A

* The Commercial Unit is the commercial condominium unit in the premises known as One Madison Park Condominium and by the street number 23 East 22nd Street, Borough of Manhattan, County of New York and State of New York, said Unit being designated and described as the "Commercial Unit" in the Declaration Establishing a Condominium of said premises under Article 9-B of the Real Property Law of the State of New York, dated May 14, 2008, recorded as Document ID 2008051400951 in the Office of the City Register of the City of New York, also designated as Tax Lot 1901, in Block 851 (formerly part of Lots 20,56,57,58,59 and 60 in Block 851) of the Borough of New York on the Tax Map of the Real Property Assessment Department of the City of New York.